399 A.2d 408

**Joseph V. FEINAUER**

v.

**Jeannette D. FEINAUER, Appellant.**

Superior Court of Pennsylvania.

Submitted December 5, 1978.

Decided March 16, 1979.

T. Max Hall, Williamsport, for appellant.

Anthony D. Miele, Williamsport, for appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

84

PER CURIAM:

Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.